1086

No. 79–5732. WOLFEL v. JAGO, CORRECTIONAL SUPERIN-
TENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5736. JOHNSON v. HILTON, PRISON SUPERINTEND-
ENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–5737. JOHNSON v. MARYLAND. Ct. Sp. App. Md.
Certiorari denied.

No. 79–5738. SIMS v. ROWE, CORRECTIONS DIRECTOR, ET AL.
C. A. 7th Cir. Certiorari denied.

No. 79–5739. BRICE v. DAY, WARDEN, ET AL. C. A. 10th
Cir. Certiorari denied.

No. 79–5745. HAILS v. SMITH, CORRECTIONAL SUPERIN-
TENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–5746. TRAYLOR v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir. Certiorari denied.

No. 79–5751. HUDSON v. BLACKBURN, WARDEN. C. A. 5th
Cir. Certiorari denied.

No. 79–5752. JONES v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 79–5753. RUSSO v. SUPREME COURT OF NEW YORK,
KINGS COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5754. GINSBURG v. OVERLOOK HOSPITAL ET AL.
Sup. Ct. N. J. Certiorari denied.

No. 79–5755. SOLOMON v. FRAME ET AL. Sup. Ct. App.
W. Va. Certiorari denied.

No. 79–5757. WILKERSON v. BLAKENSHIP, CORRECTIONAL
SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.